IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:18CR3034 |
| vs. | |
| JOSHUA Z. DORTCH, | ORDER |
| Defendants. | |

Defendant has filed a pro se motion for release to a federally funded halfway house. (Filing No. 28). Under 18 U.S.C. § 3142(f), the magistrate judge may review detention only if "information exists that was not known to the movant at the time of the hearing and that has a material bearing" on the amelioration of the risks of nonappearance and safety. Motions for review of detention must specify the factual basis for the motion, the materiality of the facts to the issues, and that the information was not known previously. Defendant's motion does not include this requisite information.

Accordingly,

IT IS ORDERED that Defendant's motion to review detention, (Filing No. 28), is denied.

May 6, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge