IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:18CR3034 |
| vs. | ORDER |
| JOSHUA Z. DORTCH, | |
| Defendants. | |

After conferring with defendant and his counsel,

IT IS ORDERED that Defendant's motion for appointment of new counsel or, in the alternative, to proceed pro se, (Filing No. 30), is withdrawn.

May 8, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge