IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>vs.<br><br>JOSHUA Z. DORTCH<br><br>    Defendant. | Case No. 4:18CR3034<br><br>ORDER |

Before the Court is Defendant's oral request for the transcript of hearings held on April 24, 2018, May 8, 2018 and July 18, 2018.

IT IS ORDERED:

1. The request for transcript of the hearings held on April 24, 2018, May 8, 2018, and July 18, 2018, is granted.

2. Joshua Z. Dortch is ordered to pay to the Clerk the amount of $240.90 ($80.30 for each transcript). Should the cost of the transcripts exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcripts be less than $240.90, a refund check will be issued.

3. Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearings held on April 24, 2018, May 8, 2018, and July 18, 2018. A paper copy of the transcript shall be mailed to the requestor. A copy of this order should also be mailed to the requestor.

4. The clerk shall mail a copy of this order to Joshua Dortch #23459, Leavenworth Detention Center—CCA, 100 Highway Terrace, Leavenworth, Kansas, 66048.

DATED: July 19, 2018

                                                BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge