IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:18CR3034 |
| vs. | |
| JOSHUA Z. DORTCH, | **ORDER** |
| Defendants. | |

After conferring with counsel,

IT IS ORDERED that the pretrial motion deadline, and the deadline for amended the pretrial motions currently pending, is extended to August 30, 2018.

Dated this 9th day of August, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge