IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:18CR3034 |
| vs. | |
| JOSHUA Z. DORTCH, | ORDER |
| Defendants. | |

The court has been notified that the transcripts for the 3 hearings requested by Joshua Dortch are completed. Dortch has paid the estimated cost of $240.90, but now that the transcription is complete, and the final cost is known, Dortch owes an additional $47.45 for the prepared transcripts.

Accordingly,

IT IS ORDERED:

1) Joshua Z. Dortch is ordered to pay to the Clerk the amount of $47.45.

2) The prepared transcripts will not be delivered to Dortch until the full amount owed is paid.

3. The clerk shall mail a copy of this order to Joshua Dortch #23459, Leavenworth Detention Center—CCA, 100 Highway Terrace, Leavenworth, Kansas, 66048.

August 21, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge