IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18-CR-3034 |
| vs. | |
| JOSHUA Z. DORTCH, | MEMORANDUM AND ORDER |
| Defendant. | |

This matter is before the Court on the defendant's objection (filing 108) to the Magistrate Judge's Findings, Recommendation, and Order (filing 105) recommending that the defendant's motion to suppress (filing 73) be denied. The Court has conducted a *de novo* review of the record pursuant to 28 U.S.C. § 636(b)(1), and agrees with the Magistrate Judge's factual findings, analysis, and conclusions of law. Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's findings and recommendation (filing 105) are adopted.

2. The defendant's objection (filing 108) is overruled.

3. The defendant's motion to suppress (filing 73) is denied.

Dated this 21st day of December, 2018.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge