IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3034 |
| vs. | |
| JOSHUA Z. DORTCH, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) Government's unopposed motion to continue, (Filing No. 163), is granted.

2) The evidentiary hearing on Defendant's motion to suppress, (Filing No. 152), will be held before the undersigned magistrate judge on August 6, 2019 at 1:00 p.m. in Courtroom #2, United States Courthouse, 100 Centennial Mall N., Lincoln, Nebraska. Three hours have been set aside for this hearing.

July 23, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge