IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:18CR3034 |
| vs. | |
| JOSHUA Z. DORTCH, | ORDER |
| Defendants. | |

After holding a hearing on the issues presented, (Filing No. 185), and considering Defendant's complaints and claims,

IT IS ORDERED:

1) Defendant's motion for recusal of the undersigned magistrate judge is denied.

2) Defendant's motion for reconsideration of my prior order denying Defendant's motion for new counsel, (Filing Nos. 177, 178, and 181), is denied. At Defendant's request, Jerry Hug remains Defendant's appointed counsel.

3) Defendant's motion to stay this case pending reconsideration of Defendant's request for new counsel, (Filing No. 178), is denied as moot.

4) Defendant's motion (Filing No. 179) for leave to file a response to the government's brief, (Filing No. 165), is denied as moot.

5) Defendant's motion for a copy of the transcript of the August 6, 2019 suppression hearing, (Filing No. 180), is denied. However, upon Defendant's written request and his payment of the cost, the clerk shall provide Defendant with a copy of the audio recording of the hearing.

6) Defendant's counsel has agreed to provide a copy of the docket sheet to Defendant. As such, Defendant's motion to receive a copy of the docket sheet, (Filing No. 182), is denied as moot.

7) Defendant's oral motion for additional time to file an objection to the findings and recommendation, (Filing No. 175), is granted. Defendant's objection shall be filed on or before October 18, 2019.

October 5, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

1)

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge