IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3034 |
| vs. | |
| JOSHUA Z. DORTCH, | ORDER |
| Defendant. | |

Defendant's appointed counsel has moved to withdraw, (Filing No. 193), because the defendant wishes to terminate counsel's representation in this matter. The reasons cited are substantially the same as those previously and repeatedly raised and rejected by the undersigned magistrate judge.

Dortch has a right to either be represented by counsel or to represent himself. He does not have the absolute right to appointed counsel of his own choosing. Carey v. State of Minn., 767 F.2d 440, 441 (8th Cir. 1985). And Dortch does not have the right to a substitution of his current appointed counsel where, as here, there is nothing of record to support Dortch's claim that his counsel is not adequately and zealously representing Dortch's interests.

Accordingly,

IT IS ORDERED that defense counsel's motion to withdraw, (Filing No. 193), is denied.

November 6, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge