IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18-CR-3034 |
| vs. | |
| JOSHUA Z. DORTCH, | MEMORANDUM AND ORDER |
| Defendant. | |

The defendant objects (filing 197) to the Magistrate Judge's findings and recommendation (filing 175) recommending that his motion to dismiss (filing 150), motion to exclude evidence (filing 151) and motion to suppress (filing 152) be denied. The Court conducted a de novo review of the motion to suppress, pursuant to 28 U.S.C. § 636(b)(1). The Court concurs in the Magistrate Judge's factual findings and legal analysis. The Court therefore finds the defendant's objection to be without merit, and will adopt the Magistrate Judge's findings and recommendation.

IT IS ORDERED:

1. The Magistrate Judge's findings and recommendation (filing 175) are adopted.

2. The defendant's objection (filing 197) is overruled.

3. The defendant's motion to dismiss (filing 150) is denied.

4.  The defendant's motion to exclude evidence (filing 151) is denied.

5.  The defendant's motion to suppress (filing 152) is denied.

Dated this 7th day of January, 2020.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge