IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:18-CR-3034 |
| vs. | ORDER |
| JOSHUA Z. DORTCH, | |
| Defendant. | |

    This matter is before the Court on the defendant's motion for copies (filing 246). The Court will deny the defendant's motion. The defendant does not have the right to receive copies of documents without payment, even if he is indigent. *See* 28 U.S.C. § 1915; *Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1075 (8th Cir. 1980). And the defendant's motion does not explain why he needs the copies.

    The defendant may pay the Clerk of the Court for copies at the established rate of 50¢ per page. The documents he has requested—the plea agreement, judgment, and docket sheet—total 33 pages for a total cost of $16.50, which must be prepaid when the copies are requested.[1]

    IT IS ORDERED that the defendant's motion for documents (filing 246) is denied.

    Dated this 10th day of February, 2025.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge

---

[1] The defendant also asked for a copy of a "Statement of Facts," but there's no filing on the docket with that description.